# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LYNN J. HANAWAY AND CONNIE HANAWAY, | : No. 36 MAL 2016 |
| Respondents | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| THE PARKESBURG GROUP, LP; PARKE MANSION PARTNERS, LP; SADSBURY ASSOCIATES, LP; PARKE MANSION, LLC; AND T.R. WHITE, INC., | |
| Petitioners | |
| LYNN J. HANAWAY AND CONNIE HANAWAY, | : No. 71 MAL 2016 |
| Cross-Petitioners | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| THE PARKESBURG GROUP, LP; PARKE MANSION PARTNERS, LP; SADSBURY ASSOCIATES, LP; PARKE MANSION, LLC; AND T.R. WHITE, INC., | |
| Cross-Respondents | |

## ORDER

**PER CURIAM**

AND NOW, this 26th day of May, 2016, the Petition for Allowance of Appeal at **36 MAL 2016** is **GRANTED**. The issues, as set forth by petitioners, are:

(1) Does the implied covenant of good faith and fair dealing apply to all limited partnership agreements under Pennsylvania law?

(2) If the answer to Question 1 is "yes," may the implied covenant of good faith and fair dealing impose duties that are inconsistent with the duties imposed by the express terms of a limited partnership agreement?

The cross-petition for allowance of appeal at **71 MAL 2016** is **DENIED**.

Justice Donohue did not participate in the consideration or decision of these matters.